United States District Court
Southern District of Texas
**ENTERED**
November 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CELA MORA,<br>"Plaintiff", <br><br>v.<br><br>ANGIODYNAMICS, INC. ET AL.,<br>"Defendants". | Civil Action No. 1:21-cv-00199 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are these pleadings: Defendants' "Motion to Dismiss for Failure to State a Claim" ("MTD") (Dkt. No. 17), Plaintiff's "Response in Opposition to Motion to Dismiss for Failure to State a Claim" ("Response") (Dkt. No. 19), Defendants' "Reply in Support of their Motion to Dismiss" ("Reply") (Dkt. No. 22) and Magistrate Judge's "Report and Recommendation" ("R&R") (Dkt. No. 34). The R&R recommends this Court (1) grant Defendants' MTD (Dkt. No. 17); (2) dismiss all Plaintiff's claims; (3) deny Plaintiff's request for leave to amend her Complaint; and (4) direct the Clerk of the Court to close this case.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Defendants' MTD (Dkt. No.17) is **GRANTED**. All Plaintiff's claims are **DISMISSED**. Plaintiff's request for leave to amend her Complaint is **DENIED**.

The Clerk of the Court is **ORDERED** to close this case.

Signed on this 1st day of November, 2022.

Rolando Olvera
United States District Judge